(Reap. Dec. 8253)

S. STERN HENRY & CO. *v.* UNITED STATES

Entry No. 705110.

(Decided October 1, 1953)

*Brooks & Brooks* for the plaintiff.
*Warren E. Burger,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the market value or the price, at the time of exportation of such merchandise to the United States, at which such or similar merchandise is freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, of the item of 478 hoods invoiced at $24.01 per dozen was in fact $24.01 per dozen net packed and that the foreign value thereof was no higher. This case is hereby submitted.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the item of 478 hoods invoiced at $24.01 per dozen, and that such value was $24.01 per dozen net packed.

Judgment will be rendered accordingly.